JUDGE McMAHON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

IN RE:

ELECTRONIC FILING UNDER SEAL
IN CIVIL AND MISCELLANEOUS CASES

----------------------------------------X

STANDING ORDER

19MISC 583

The District Court's Electronic Case Filing (ECF) system having been modified to allow sealed documents to be filed electronically in publicly filed civil and miscellaneous cases by attorneys admitted to the bar of this court who are registered Filing Users of the ECF system and attorneys seeking admission *pro hac vice*, unless otherwise ordered by the court it is hereby

ORDERED, effective February 3, 2020, and subject to the exceptions outlined below, attorneys seeking permission to file under seal in a publicly filed civil or miscellaneous case shall electronically file a Motion or Letter Motion to Seal through the court's ECF system.

The judge to whom the filing is directed may require that, in addition to the Motion or Letter Motion to Seal, the proposed sealed document shall also be filed electronically through the ECF system, and shall so indicate in his or her Individual Practices. Where the Individual Practices do not expressly permit electronic filing under seal, the proposed sealed document shall be submitted in the traditional manner, on paper.

Any party unable to comply with a judge's requirement for electronic filing under seal through the ECF system, or who has reason to believe that a particular document should not be electronically filed, must move for leave of the Court to file in the traditional manner, on paper.

The ability to electronically file under seal does not enlarge the class of documents that may be filed under seal in accordance with Federal Rule of Civil Procedure 5.2. The filing party must demonstrate that the interest to be protected by filing under seal outweighs the presumption of public access. Stipulations between the parties and confidentiality agreements are insufficient alone to warrant restricted access.

Filing parties shall conform to the procedures for electronic filing under seal found in the court's Electronic Case Filing Rules & Instructions, as updated periodically (see attached).

The court's Electronic Case Filing Rules & Instructions and further guidance regarding electronic filing under seal may be found at https://nysd.uscourts.gov/electronic-case-filing.

SO ORDERED.

Dated: December 19, 2019
New York, NY

_____
Colleen McMahon
Chief Judge